JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO DIAZ, suing individually and on behalf of all others similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE WACKENHUT CORPORATION, a Corporation<br><br>Defendants. | CASE NO. CV09-6130 6013-VBF(RZx)<br><br>Judge Valerie Baker Fairbank<br><br>[PROPOSED] ORDER TO DISMISS CASE |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the fully executed Stipulation and good cause appearing, the case is hereby dismissed with prejudice including the Federal Labor Standards Act claims asserted in the amended complaint.

IT IS SO ORDERED.

Dated: __January 21__, 2010

*Valerie Baker Fairbank*
Valerie Baker Fairbank
Judge of the United States District Court